Christopher G. Ranson, CA SBN 235152
Attorney at Law
7301 Vista Del Mar, #A107
Playa Del Rey, California 90293
Telephone: (310) 430-2861
c.ranson.law@gmail.com

Attorney for Plaintiff Mark McClenning

June D. Coleman, CA SBN 191890
Kronick Moskovitz Tiedemann & Girard
400 Capitol Mall, 27th Floor
Sacramento, California 95814
Telephone: (916) 321-4500
jcoleman@kmtg.com

Attorneys for Defendant Capital Management Services L.P.

JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark McClenning, an individual,<br><br>    Plaintiff,<br><br>  vs.<br><br>Capital Management Services L.P., a Delaware Limited Partnership,<br><br>    Defendant. | Case No. CV11-00206 PA(VBKx)<br><br>ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE |

Pursuant to the stipulation for dismissal with prejudice entered into by and between the parties herein, and good cause appearing, the Court hereby dismisses this action in its entirety with prejudice. Each party shall bear its own costs and attorneys' fees.

DATED: May 8, 2011

UNITED STATES DISTRICT COURT JUDGE
PERCY ANDERSON